

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00554-CV

**KERRVILLE LODGING LLC**, D/B/A Econolodge and Jayram LLC,
Appellants

v.

**GREAT AMERICAN INSURANCE GROUP**,
Appellee

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. 181053B
Honorable Rex Emerson, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of appeal are assessed against the appellants.

SIGNED February 24, 2021.

_____
Lori I. Valenzuela, Justice